UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

ZACHARY DUNLAP,

                      Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.

NO: 1:18-CV-3179-TOR

ORDER GRANTING STIPULATED MOTION FOR REMAND

BEFORE THE COURT are the Plaintiff's Motion for Summary Judgment (ECF No. 11) and the parties' Stipulated Motion for Remand (ECF No. 12). The Court has reviewed the record and files therein, and is fully informed. For the reasons discussed below, the Court grants the parties' motion to remand and denies Plaintiff's motion as moot.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Plaintiff's Motion for Summary Judgment (ECF No. 11) is **DENIED** as moot.

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 1

2. The parties' Stipulated Motion for Remand (ECF No. 12) is **GRANTED**. This case is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. On remand, the Commissioner will:

- Offer the claimant the opportunity for a new hearing;
- Re-evaluate whether the claimant's impairments meet or equal Listing 12.04;
- Obtain medical expert testimony to further evaluate the nature and severity of the claimant's mental impairments, if necessary;
- Re-assess the opinion evidence pursuant to 20 C.F.R. § 416.927;
- Re-assess the claimant's symptom testimony in accordance with Social Security Ruling (SSR) 16-3p;
- Re-assess the lay testimony;
- Re-assess the claimant's residual functional capacity in accordance with SSR 96-8p;
- If warranted, obtain vocational expert evidence and determine whether the vocational expert evidence is consistent with the Dictionary of Occupational Titles, pursuant to SSR 00-4p; and
- Issue a new decision.

3. Plaintiff shall be entitled to shall be entitled to reasonable attorney fees and expenses pursuant to 28 U.S.C. § 2412(d), as well as costs pursuant to 28 U.S.C. § 1920, upon proper request to this Court.

The District Court Executive is hereby directed to file this Order, enter Judgment accordingly, provide copies to counsel, and **CLOSE** this file

**DATED** March 12, 2019.



THOMAS O. RICE
Chief United States District Judge

ORDER GRANTING STIPULATED MOTION FOR REMAND ~ 3